UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XINHUA HOLDINGS LIMITED, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**ELECTRONIC RECYCLERS INTERNATIONAL, INC., et al.,**<br><br>**Defendants** | CASE NO. 1:13-CV-1409 AWI SKO<br><br>**ORDER RESETING NOVEMBER 4, 2013 HEARING AND ORDER FOR ADDITIONAL BRIEFING** |

Defendants have filed a motion to compel that is set for hearing on November 4, 2013. The Court has reviewed the papers and finds that many issues raised in the opposition were not discussed in Defendants' motion. Under the circumstances, the Court finds that it is appropriate to permit Plaintiffs to file a sur-reply to Defendants' reply. Therefore, the Court will move the hearing on the motion to compel and allow the parties to submit additional briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 4, 2013 hearing is VACATED;

2. Plaintiffs may file a sur-reply on or by 4:00 p.m. on November 8, 2013;

3. Defendants may file a response to the sur-reply on or by 4:00 p.m. on November 15, 2013; and

4. The hearing on the motion to compel is RESET to November 25, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: __October 31, 2013__         _____

SENIOR DISTRICT JUDGE