1
2
3
4              UNITED STATES DISTRICT COURT
5            EASTERN DISTRICT OF CALIFORNIA
6

7  XINHUA HOLDINGS LIMITED, et al.,          CASE NO. 1:13-CV-1409 AWI SKO

8               Plaintiffs

9                  v.                          VACATING NOVEMBER 25, 2013
                                               HEARING DATE AND TAKING
10  ELECTRONIC RECYCLERS                       MATTER UNDER SUBMISSION
   INTERNATIONAL, INC., et al.,
11
12              Defendants

13

14          Defendants have filed a motion to compel arbitration that is set for hearing on November

15  25, 2013.  The Court has reviewed the papers and has determined that this matter is suitable for

16  decision without oral argument.  See Local Rule 230(g).

17          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November

18  25, 2013, is VACATED, and the parties shall not appear at that time.  As of November 25, 2013,

19  the Court will take the matter under submission, and will thereafter issue its decision.

20

21

22  IT IS SO ORDERED.

23  Dated:   November 19, 2013      _____

24                                     SENIOR  DISTRICT  JUDGE

25

26

27

28