# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XINHUA HOLDINGS LIMITED, et al.,**<br><br>Plaintiffs<br><br>v.<br><br>**ELECTRONIC RECYCLERS INTERNATIONAL, INC., et al.,**<br><br>Defendants | CASE NO. 1:13-CV-1409 AWI SKO<br><br>**VACATING NOVEMBER 25, 2013 HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

Defendants have filed a motion to compel arbitration that is set for hearing on November 25, 2013.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 25, 2013, is VACATED, and the parties shall not appear at that time.  As of November 25, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  November 19, 2013

SENIOR DISTRICT JUDGE