# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**XINHUA HOLDINGS LIMITED, ET AL.,**

CASE NO: **1:13−CV−01409−AWI−SKO**

v.

**ELECTRONIC RECYCLERS INTERNATIONAL, INC., ET AL.,**

---

XX −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/26/13**

**Marianne Matherly**
Clerk of Court

ENTERED: **December 26, 2013**

by: /s/ M. Verduzco
Deputy Clerk