UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 11 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLEAN TECH PARTNERS, LLC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, INC.; et al.,<br><br>Defendants - Appellees. | No. 14-15156<br><br>D.C. No. 1:13-cv-01409-AWI-SKO<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered December 17, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $541.75.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Poblano
Deputy Clerk